1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
7                            AT SEATTLE

8   JONATHAN JOY,

9                     Plaintiff,          CASE NO. 2:18-cv-00143-JCC

10       v.                               **ORDER GRANTING
                                          APPLICATION TO PROCEED IN
11  SAINT CLAIR,                          FORMA PAUPERIS**

12                    Defendant.

13        Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28

14  U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. §

15  1915(e)(2)(B) before issuance of summons.

16        The Clerk shall provide a copy of this Order to plaintiff and to the Honorable John C.

17  Coughenour.

18        DATED this 9th day of February, 2018.

19

20        _____
          BRIAN A. TSUCHIDA
21        United States Magistrate Judge

22

23