THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN JOY, | CASE NO. C18-0143-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SAINT CLAIR, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On February 9, 2018, Magistrate Judge Brian Tsuchida granted Plaintiff's motion to proceed *in forma pauperis* and recommended the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) prior to the issuance of a summons. (Dkt. No. 2).

Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court must dismiss an *in forma pauperis* complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. Federal Rule of Civil Procedure 8 provides that in order to state a claim for relief, a pleading must contain "a short and plain statement of the grounds for the court's jurisdiction" and "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(1) & (2). At a minimum,

| | |
|---|---|
| 1 | a complaint must put a defendant on notice of the wrong he or she committed against the |
| 2 | plaintiff. *See McHenry v. Renne*, 84 F.3d 1172, 1180 (9th Cir. 1996). |
| 3 | In review of Plaintiff's complaint, the Court does not find it contains a short and plain |
| 4 | statement of the claim showing he is entitled to relief or that it places Defendant on notice of the |
| 5 | claims against him. This is true even when the Court applies the Ninth Circuit's directive to |
| 6 | liberally construe *pro se* complaints. *See Hebbe v. Pliler*, 627 F.3d 338, 342 (9th Cir. 2010). |
| 7 | Plaintiff names as defendant "Saint Clair," a judge, and sues him in his official capacity. (Dkt. |
| 8 | No. 3 at 1–3.) However, he does not explain how Defendant acted under color of state, local, or |
| 9 | federal law. (*Id*. at 5–6.) Plaintiff alleges that his rights to "privacy, anonymity, judicial matters" |
| 10 | were violated. (*Id*. at 5.) He states that "a fight happened in [grade] school" and he "lied to a |
| 11 | federal agency." He further indicates that the fight occurred when a classmate "made advances |
| 12 | towards [him]" in a school restroom and he hit the classmate, resulting in future bullying. (*Id*.) |
| 13 | Plaintiff does not allege how the named Defendant caused him to be harmed or how this |
| 14 | occurrence gave rise to Plaintiff's claim. Although the Court finds the complaint fails to state a |
| 15 | claim upon which relief can be granted, it will not dismiss a claim unless "it is absolutely clear |
| 16 | that no amendment can cure the [complaint's] defects." *Lucas v. Dep't of Corr.*, 66 F.3d 245, 248 |
| 17 | (9th Cir. 1995) (citation omitted). |
| 18 | Accordingly, the Court ORDERS that Plaintiff shall file an amended complaint no later |
| 19 | than twenty-one (21) days from the date of this order. In his amended complaint, Plaintiff must |
| 20 | include a short and plain statement of how the named Defendant caused him harm, how the |
| 21 | named Defendant acted under color of local, state, or federal law, where the harm occurred, and |
| 22 | when the harm occurred. |
| 23 | The Clerk is DIRECTED to mail a copy of this order to Plaintiff at 1805 S. 281st Place |
| 24 | #137, Federal Way, WA 98003. |
| 25 | // |
| 26 | // |

1    DATED this 9th day of January 2018.

                                           William M. McCool
                                           Clerk of Court

                                           s/Tomas Hernandez
                                           Deputy Clerk

MINUTE ORDER
C18-0143-JCC
PAGE - 3