THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN JOY, | CASE NO. C18-0143-JCC |
| Plaintiff, | ORDER |
| v. | |
| SAINT CLAIR, | |
| Defendant. | |

This matter comes before the Court *sua sponte*. On February 9, 2018, Plaintiff was granted leave to proceed *in forma pauperis*. (Dkt. No. 2.) On the same day, the Court reviewed Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and determined that it failed to state a claim upon which relief could be granted. (Dkt. No. 4.) The Court directed Plaintiff to file an amended complaint within 21 days of the date of its order. (*Id*.) Plaintiff failed to amend his complaint. The Court therefore DISMISSES the complaint without prejudice and without further leave to amend.

Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court must dismiss an *in forma pauperis* complaint at any time if the action fails to state a claim, raises frivolous or malicious claims, or seeks monetary relief from a defendant who is immune from such relief. Federal Rule of Civil Procedure 8 provides that in order to state a claim for relief, a pleading must contain "a short and plain statement of the grounds for the court's jurisdiction" and "a short and plain statement of the

claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(1) & (2). At a minimum, a complaint must put a defendant on notice of the wrong he or she committed against the plaintiff. *See McHenry v. Renne*, 84 F.3d 1172, 1180 (9th Cir. 1996).

Plaintiff's complaint fails to include a short and plain statement of his claim showing he is entitled to relief. This is true even construing this *pro se* complaint liberally. *See Hebbe v. Pliler*, 627 F.3d 338, 342 (9th Cir. 2010). Plaintiff brings suit against "Saint Clair," a judge, in his official capacity. (Dkt. No. 3 at 1–3.) He does not explain how Defendant acted under color of state, local, or federal law, as required by such a suit. *See* 42 U.S.C. § 1983; (Dkt. No. 3 at 5–6.) Plaintiff alleges that his rights to "privacy, anonymity, [and] judicial matters" were violated. (*Id.* at 5.) He states that "a fight happened in [grade] school," and that he "lied to a federal agency." (*Id.*) Plaintiff further indicates that the fight occurred when a classmate "made advances towards [him]" in a school restroom and he hit the classmate, resulting in future bullying. (*Id.*) Plaintiff does not allege how the named Defendant caused him to be harmed or how this occurrence gave rise to his claim.

For the foregoing reasons, Plaintiff's complaint is DISMISSED without prejudice and without further leave to amend. The Clerk is DIRECTED to close this case. The Clerk is further DIRECTED to mail a copy of this order to Plaintiff at the address listed on the docket.

DATED this 14th day of March 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE